UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TREMAINE L. BAILEM,

    Petitioner,

v.                                                          Case No: 2:16-cv-18-FtM-38MRM

STATE OF FLORIDA and
SECRETARY, DOC,

    Respondents.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on the Petitioner Tremaine Bailem's Motion for Access to Court to Utilize the Court's Electronically Filed Documents for his Certificate of Appeal (COA) (Doc. #52) filed on July 27, 2017. On June 26, 2017, the Court denied Bailem's COA. (Doc. #41, at 15). Since Bailem was denied a COA, his Motion for access to the Court's electronic filing system to support his appeal is due to be denied.

Accordingly, it is now

**ORDERED:**

The Petitioner Tremaine Bailem's Motion for Access to Court to Utilize the Court's Electronically Filed Documents for Appeal (Doc. #52) is **DENIED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of August, 2017.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Tremaine Bailem
All Parties of Record
SA: FtMP-2